**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00531-GPG

TERRELL FREDERICK, an individual, on his own behalf, and on behalf of LF, his minor child,

    Plaintiffs,

v.

MEGAN CMV COLORADO SPRINGS, LLC,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Judge Christine M. Arguello on July 27, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiffs.

DATED at Denver, Colorado, this 27 day of July, 2017.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ A. Garcia Garcia
        Deputy Clerk